U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2021 MAR -1  P 11:00

BY: _____ DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF EXCESS OF PROCEEDS FROM THE PROCEEDS OF BANKRUPTCY CASE OF Moises Guzman-Rijos Sr,: | AFFIDAVIT OF HEIRSHIP & DECLARATION OF **Moises Guzman-Rijos Jr.** |

I, **Moises Guzman-Rijos Jr**, depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the statements set forth in this Declaration.

2. I am the **son of Moises Guzman-Rijos Sr**

3. Moises Guzman-Rijos Sr passed away on 9/18/15 and died without a will

4. I am the only child.

5. **There has been no probate for Moises Guzman-Rijos Sr.**

6. As the only remaining heir to the estate of **Moises Guzman-Rijos Sr** I am therefore entitled to the remains of the estate, in accordance with New Jersey Intestacy Laws.

7. I declare that, to the best of my knowledge and belief, the information herein is true correct and complete.

*[Signature]*
**Client/Heir Signature**

COUNTY OF _NEW CASTLE_ )
)
STATE OF _DELAWARE_

On the ___9TH___ day of ___FEBRUARY___, 20_21_, personally appeared before me, ___MOISES GUZMAN-RIOS JR___ the signor(s) of the above instrument who duly acknowledged to me that they executed the same.

MUSTAPHA QURESHI
Notary Public
State of Delaware
My Commission Expires on Mar 3, 2022

*[Signature]*
Notary Public

# LIMITED POWER OF ATTORNEY

I, __Moises Guzman-Rijos Jr____ hereby appoint **Best Capital Services/Shawn C. Rice** as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by the __State of New Jersey Bankruptcy Court_____.

Giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized herby; as fully to all intents and purposes as the grantor might or could do if personally present,

**This power of Attorney will cease twelve (12) months from date hereof.**

Date this 2nd day of _February_4_, 20_21__

_[signature: Moises Guzman-Rijos]_

**Signed**

State of __DELAWARE__ :

County of __NEW CASTLE__ :

I, the undersigned Notary Public in and for the State of __DE__ hereby certify that on the __9TH__ day of __FEB__, 2021, personally appeared before me __Moises Guzman-Rijos Jr__ to me known to be the individual described in and who executed the within instrument, and acknowledged that he/ she/ they signed the same as his/ her/ their free voluntary act and deed, for the uses and purposes therein mentioned.

_[signature]_

**Notary Public**

MUSTAPHA QURESHI
Notary Public
State of Delaware
My Commission Expires on Mar 3, 2022

**My commission expires:** __3/3/2022__

Re: Application to Claim Funds due Moises Guzman-Rijos Jr

Dear Sir/Madam:

I have contracted with Best Capital Services LLC to make application for and/or claim the excess funds held by the court and due me as a result of the bankruptcy of Moises Guzman-Rijos Sr._

Please make out the check to **Best Capital Services LLC**. If it is the policy of your office to make said check(s) payable to the claimant only, then please do so and send to me in care of **Best Capital Services LLC** at the following address:

**Best Capital Services LLC
PO Box 93
Cohutta, Ga 30710**

If you have any questions or concerns about my application and/or claim, please do not hesitate to **contact Shawn Rice of Best Capital Services LLC at (334)790-1178**

These are my explicit instructions. Please follow them as I have directed.

Sincerely,

*Moses Guzman-Rijos* (signature)

STATE OF DELAWARE
COUNTY OF NEW CASTLE
I, MUSTAPHA QURESHI, a Notary Public for said County and State, do hereby certify that Moses Guzman-Rijos personally came before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, Month of February 9TH, 2021.

_____
Notary Public
My commission expires 3/3/2022

MUSTAPHA QURESHI
Notary Public
State of Delaware
My Commission Expires on Mar 3, 2022

V. NF

My commission expires: 3/3/2022

V. NF