# PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 334 ) 790-1178

Shawn Rice / Best Capital Services
P.O. Box 93
Cohutta, Ga 30710

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

US Bankruptcy Court - Clerks Office
Clarkson S. Fisher US Courthouse
402 East State St
Trenton, NJ 08608

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

---

1007   08608   $26.35
R2305M147502-05

EJ 331 195 044 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 30720
Scheduled Delivery Date: LossGuar
Postage: $26.35

Date Accepted: 2-23-21
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON

Time Accepted: ☑ PM
10:30 AM Delivery Fee

Weight: 4 ozs.

Total Postage & Fees: $26.35

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996