UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Best Capital Services LLC/Shawn Rice
PO Box 93
Cohutta Ga 30710
334-790-1178

In Re:
Moises Guzman-Rijos Jr

Case No.: 13-31039 - MBK

Chapter: 13

Judge: Michael B Kaplan

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

On <u>2/23/2021</u>, an application was filed for the Claimant(s), <u>Best Capital Services LLC</u>, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $<u>9380.63</u> held in unclaimed funds be made payable to <u>Best Capital Services LLC</u> and be disbursed to the payee at the following address:

<u>PO Box 93</u>
<u>Cohutta Ga 30710</u>
<u>(EFT if Possible)</u>

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2