| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Best Capital Services LLC/Shawn C Rice<br>PO Box 93<br>Cohutta Ga 30710 | |
| In Re:<br>Moises Guzman-Rijos | |

Case No.: 13-31039-MBK

Chapter: 13

Adv. No.: 

Hearing Date: 09-26-2013

Judge: Michael B Kaplan

## CERTIFICATION OF SERVICE

1. I, __Shawn C Rice__ :

   ☒ represent __Moises Guzman-Rijos__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __2-23-21__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2-23-21

Signature: _[signed]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee CN 4853<br>Trenton NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Moises Guzman-Rijos Jr<br>14 Marion Ave<br>Claymont, DE 19703 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Boyd and Boyd<br>1410 Broad St<br>Trenton NJ 08610 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad St #806<br>Newark NJ 07102 | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of US Trustee<br>US Dept Of Justice<br>One Newark Ctr Ste 2100<br>Newark NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |